In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-061 CV


____________________



UNION CARBIDE CORPORATION, ET AL., Appellants



V.



JACK LOFTIN AND GLENDA LOFTIN, ET AL., Appellees






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-070037-C; AC; BC; CC; DC; EC






 MEMORANDUM OPINION


 Rust-Oleum Corporation filed a motion to dismiss its appeal as to Gerald Diaz,
Deborah Diaz, and Kate Morris (individually and as personal representative of the estate of
Michael Morris and as next friend of Michael Morris and Matthew Morris). Other parties
also filed notices of appeal but have not joined in the motion to dismiss filed by Rust-Oleum
Corporation. The motion was voluntarily made by Rust-Oleum Corporation immediately
prior to any decision of this Court and should be granted. See Tex. R. App. P. 42.1(a)(1). No
party filed an objection to the motion to dismiss filed by Rust-Oleum Corporation. 

 The motion to dismiss is granted and the appeal of Rust-Oleum Corporation is
dismissed as to Gerald Diaz, Deborah Diaz, and Kate Morris (individually and as personal
representative of the state of Michael Morris and as next friend of Michael Morris and
Matthew Morris). 

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered June 12, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.